**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br>STEVE WILLIAM MELTON<br><br>Debtor(s) | Case No. 25-42030-ELM |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tim Truman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/02/2025.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/20/2025.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $268,040.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | | | |
|---|---|---|---|
| Total paid by or on behalf of the debtor | | $3,975.00 | |
| Less amount refunded to debtor | $720.50 | | |
| **NET RECEIPTS:** | | | **$3,254.50** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,323.02 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $391.92 | |
| Other | $55.80 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$1,770.74** |

Attorney fees paid and disclosed by debtor: $500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASPIRE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AUTO NOTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 1,135.00 | 1,135.00 | 0.00 | 0.00 |
| CAINE AND WEINER | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ERATH | Secured | NA | 834.28 | 834.28 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| CWS CW NEXUS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT INC | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| FIRSTACCES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FROST BANK | Unsecured | NA | 3,720.40 | 3,720.40 | 0.00 | 0.00 |
| GENESIS FS CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREIG AUTOMOTIVE | Unsecured | 33,085.00 | NA | NA | 0.00 | 0.00 |
| HIGH FAM INVESTMENTS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOWORTH AUTO GROUP | Unsecured | 11,038.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| INTERCOASTAL FINANCIAL | Unsecured | NA | 1,239.83 | 1,239.83 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 410,479.96 | 410,479.96 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,020,863.81 | 1,020,863.81 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 465,771.18 | 465,771.18 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 11,105.00 | 11,105.39 | 11,105.39 | 0.00 | 0.00 |
| JP MORGAN CHASE | Secured | 42,035.00 | 33,012.50 | 33,012.50 | 1,483.76 | 0.00 |
| JP MORGAN CHASE | Unsecured | NA | 7,789.35 | 7,789.35 | 0.00 | 0.00 |
| KALAMATA CAPITAL GROUP | Unsecured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 640.00 | 640.76 | 640.76 | 0.00 | 0.00 |
| LYNUAL BRANNON | Secured | 316,000.00 | NA | NA | 0.00 | 0.00 |
| MOHELA HIGHER EDCATION LOAN | Unsecured | 3,203.00 | NA | NA | 0.00 | 0.00 |
| MOHELA HIGHER EDCATION LOAN | Unsecured | 3,203.00 | NA | NA | 0.00 | 0.00 |
| MOHELA HIGHER EDCATION LOAN | Unsecured | 1,795.00 | NA | NA | 0.00 | 0.00 |
| MOHELA HIGHER EDCATION LOAN | Unsecured | 1,795.00 | NA | NA | 0.00 | 0.00 |
| MONDIAL AUTO SALES | Unsecured | 8,874.00 | NA | NA | 0.00 | 0.00 |
| MORGAN MILL ISD | Secured | NA | 660.96 | 660.96 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RICHARD KEVIN BROWN | Unsecured | 120,000.00 | 1,011,437.00 | 1,011,437.00 | 0.00 | 0.00 |
| RICK MITCHELL | Unsecured | NA | 120,952.00 | 120,952.00 | 0.00 | 0.00 |
| SPRING OAKS CAPITAL SPV LLC | Unsecured | 444.00 | 444.62 | 444.62 | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT INC | Unsecured | 7,890.00 | NA | NA | 0.00 | 0.00 |
| TIME PAYMENT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 4,994.00 | 4,899.12 | 4,899.12 | 0.00 | 0.00 |
| WESTLAKE PORTFOLIO MANAGEME | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| YAMAHA MOTOR FINANCE CORP | Secured | 33,859.00 | 20,932.66 | 20,932.66 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $33,012.50 | $1,483.76 | $0.00 |
| All Other Secured | $22,427.90 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$55,440.40** | **$1,483.76** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $410,479.96 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$410,479.96** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$2,649,998.46** | **$0.00** | **$0.00** |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $1,770.74 | |
| Disbursements to Creditors | $1,483.76 | |
| **TOTAL DISBURSEMENTS :** | | **$3,254.50** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/26/2025

By: /s/ Tim Truman
Tim Truman, Standing Chapter 13 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.